IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

K.R., a minor by her parent and guardian,
M.R. and M.R., in her own right
    Plaintiffs,

v.

Civil Action No. 1:10-cv-04488-JHR-KMW

JEFFREY POWELL and/or CHERRY HILL TOWNSHIP BOARD OF EDUCATION and/or ROSA INTERNATIONAL MIDDLE SCHOOL and/or JOHN DOE(S) "A-Z", fictitious name(s), jointly, severally, individually and/or in the alternative,
    Defendants.

## CONSENT ORDER

And now this 19th day of July, 2011, upon consent and agreement of the undersigned counsel, it is hereby Ordered and Decreed that this matter is remanded to the Superior Court of New Jersey, Law Division, Camden County.

**Consented to by:**

HOCKFIELD, HASNER & KASHER, P.A.

BY: _____
LOUIS G. HASNER, ESQUIRE
Attorney for Plaintiff,
K.R.

BENNETT, BRICKLIN & SALTZBURG LLC

BY: _____
MICHAEL DOLICH
Attorney for Defendant,
Jeffrey Powell

BY THE COURT:

_____